IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | No. | 4:26-CR-042-P |
| SHAWN YANG | | |

### AGREED MOTION AND BRIEF REQUESTING REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR PLEA OF GUILTY AND SENTENCING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, the United States of America, by and through the United States Attorney for the Northern District of Texas, Defendant Shawn Yang, and J. Michael Price II, counsel for Defendant, and file this motion requesting referral of the above Information to a United States Magistrate Judge for a plea of guilty and sentencing. In support of said motion, the above persons would show unto the Court as follows:

I.

On February 9, 2026, an Information charging a violation of 49 U.S.C. § 46307 (49 U.S.C. § 40103(b)(3)), a misdemeanor, was filed against Defendant and was assigned to the docket of this Court.

II.

Defendant intends to enter a plea of guilty to said offense. By his signature on this motion, joined by his counsel, Defendant requests pursuant to 18 U.S.C. § 3401(a) that said misdemeanor case be transferred to a United States Magistrate Judge for the Fort Worth Division of the Northern District of Texas for entrance of a plea and sentencing.

III.

The United States agrees with Defendant and joins in said motion.

IV.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully request this Honorable Court grant this motion and transfer the case to the United States Magistrate Judge for entrance of plea and sentencing.

SIGNED this 13 day of Jan, 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
SHAWN YANG
Defendant

_____
J. MICHAEL PRICE II
Attorney for Defendant

_____
ERIC B. CHEN
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
eric.chen@usdoj.gov