ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-26CR-042-P |
| SHAWN YANG | |

## MISDEMEANOR INFORMATION

The United States Attorney charges:

### Count One
Violation of National Defense Airspace
(Violation of 49 U.S.C. §§ 46307 and 40103(b)(3))

On or about July 16, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Shawn Yang**, knowingly and willfully violated National Defense Airspace, in that he operated an unmanned aircraft system in an area designated as a temporary flight restricted area under 49 U.S.C. § 40103(b)(3) and Notice to Air Mission FDC 4/1299.

**Misdemeanor Information - Page 1**

In violation of 49 U.S.C. §§ 46307 and 40103(b)(3).

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Eric B. Chen*

ERIC B. CHEN
Assistant United States Attorney
State Bar of Texas No. 24094587
Telephone: 817-252-5200
Fax: 817-252-5455
eric.chen@usdoj.gov
